PINE E. BUSH, Appellant, *v.* MARION E. BUSH et al., Respondents, Impleaded with Another.

*Bush* v. *Bush,* 165 App. Div. 909, appeal dismissed.
(Argued April 12, 1915; decided April 20, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1914, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to determine title to the proceeds of a policy of life insurance.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain an appeal from the order appealed from; that the Appellate Division had unanimously decided that the findings of fact, were sustained by the evidence and that the exceptions were frivolous.

*Theodore B. Chancellor* for motion.

*John W. Brainsby* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.